**No. 09-10434. Edward Gardner, Petitioner v. United States.**

560 U.S. 949, 130 S. Ct. 3372, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4520.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 602 F.3d 97.

**No. 09-10613. In re Sephora K. Davis, Petitioner.**

560 U.S. 938, 130 S. Ct. 3379, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4413, ▮

June 1, 2010. Petition for writ of habeas corpus denied.

**No. 09-10500. In re Emmanuel Uko Akpan, Petitioner.**

560 U.S. 938, 130 S. Ct. 3377, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4428.

June 1, 2010. Petition for writ of mandamus denied.

**No. 09-975. Maria L. Peterson, Petitioner v. PDQ Food Stores Inc., et al.**

560 U.S. 949, 130 S. Ct. 3381, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4469.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1069, 130 S. Ct. 2104, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3444.

**No. 09-8136. Thurman Lee Henderson, Petitioner v. Rick Thaler,**

**Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 949, 130 S. Ct. 3381, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4423.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 975, 130 S. Ct. 1692, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2003.

**No. 09-8192. Antonio Hinton, Petitioner v. M. McQuillan, et al.**

560 U.S. 949, 130 S. Ct. 3381, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4558.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2185.

**No. 09-8314. Johnny L. Ruffin, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

560 U.S. 949, 130 S. Ct. 3381, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4455.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1170.